JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KEITH WARLICK,

    Plaintiff,

vs.

EDUCATION CREDIT MANAGEMENT CORPORATION,

    Defendant.

Case No.: 2:15-cv-7238

[~~PROPOSED~~] ORDER OF DISMISSAL

## [~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

On November 17, 2015, Plaintiff, KEITH WARLICK, filed a Stipulation to Dismiss with Prejudice. For good cause shown, this case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: November 20, 2015   _____

                                    HON. ANDRÉ BIROTTE JR.
                                    UNITED STATES DISTRICT JUDGE